## DAY ET AL. v. GANUNG.

[No. 3,807.    Filed June 7, 1901.]

From the Delaware Circuit Court.    *Dismissed.*

*J. N. Templer, C. C. Ball* and *E. R. Templer,* for appellants.

*J. E. Hall, J. W. Ryan, W. A. Thompson, W. A. Kittinger, E. D. Reardon* and *W. S. Diven,* for appellee.

PER CURIAM.—This having been a vacation appeal, it was necessary that all the parties to the judgment from which the appeal was taken be made parties to the appeal. This was not done. For this reason the appeal is dismissed.  See *Everett, Gdn.,* v. *Fouts, ante,* 658; *Owen* v. *Dresback,* 154 Ind. 392.

## DECISIONS PER CURIAM AFFIRMED WITHOUT OPINIONS.